# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                                         Case No.:   5:05cr19-002/MCR
                                                           USM No.:   05987-017

BRIAN MICHAEL MILLER
_____/

Date of Original Judgment:      January 11, 2006

Date of Previous Amended Judgment:     N/A
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **240** months is **reduced** to **180** months, comprised of 120 months as to Count 1 and 60 months as to Count 2, to run consecutively to Count 1.

*(Complete Part I or  II  Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:      June 8, 2015                               s/ *M. Casey Rodgers*
                                                           *Signature of Judge*

                                                            M. Casey Rodgers
Effective Date:   November 1, 2015                          Chief United States District Judge
            (if different from order date)                  Printed Name and Title of Judge